884 A.2d 1261

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ANTHONY S. DUNCAN, DEFENDANT–PETITIONER.

October 12, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.2d* 724 (2005).

884 A.2d 1261

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RUEL RUSSELL, DEFENDANT–PETITIONER.

October 12, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.2d* 724 (2005).

884 A.2d 1262

JULIANA HUSZAR, PLAINTIFF–PETITIONER, v. GREATE BAY HOTEL & CASINO, INC., AND SCHINDLER ELEVATOR CORPORATION, SUCCESSOR IN BUSINESS TO MILLAR ELEVATOR SERVICE COMPANY, DEFENDANTS–RESPONDENTS.

October 20, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for reconsideration in light of *Jerista v. Murray,* 185 *N.J.* 175, 883 *A.2d* 350 (2005).